UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOEL ROSQUETTE,<br><br>       Defendant. | 18 Cr. 225 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On December 16, 2019, Defendant Joel Rosquette pleaded guilty to Count One of Indictment 18 Cr. 225. (*See* Minute Entry for 12/16/2019; Dkt. #28 (transcript of plea hearing)). At that time, the Court scheduled Mr. Rosquette's sentencing for April 22, 2020. Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the sentencing is hereby ADJOURNED to **July 28, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Defendant's sentencing submission shall be due to the Court on **July 14, 2020**; and the Government's sentencing submission shall be due to the Court on **July 21, 2020**.

  SO ORDERED.

Dated: April 6, 2020
    New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge