**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2020

*VIA ECF*

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

　　　　Re:　　*United States v. Joel Rosquette*, 18 CR 225 (KPF)

Dear Judge Failla:

With the consent of the government and in light of scheduling problems caused by the pandemic, I write to seek an adjournment of Mr. Rosquette's sentencing, currently scheduled for 7/28/2020. With the hopes that we will be able to conduct the proceedings in person, I ask that the sentencing be rescheduled to November.

Thank you and I hope you and your loved ones remain safe.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

　　　　cc:　　AUSA Adam Hobson (via ECF)

Application GRANTED. Mr. Rosquette's sentencing, previously scheduled for July 28, 2020 is hereby ADJOURNED to **November 17, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Mr. Rosquette's sentencing submission shall be due **November 3, 2020,** and the Government's sentencing submission shall be due **November 10, 2020.**

SO ORDERED.

Dated: July 6, 2020
　　　　New York, New York

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE