**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 27, 2020

*VIA ECF*
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Joel Rosquette*, 18 CR 225 (KPF)

Dear Judge Failla:

With the consent of the government, I write to seek an adjournment of Mr. Rosquette's sentencing, currently scheduled for November 17, 2020. The adjournment is needed so that I can continue to concur with Mr. Rosquette about sentencing and mitigation arguments and so that I can effectively prepare a submission on his behalf. To accommodate my work and personal schedule, I ask for an adjourned date during the second week of January 2021.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

    cc:    AUSA Adam Hobson (via ECF)

```
Application GRANTED, with the caveat that the Court is disinclined
to grant further adjournments.  Sentencing is hereby ADJOURNED to
January 13, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood
Marshall Courthouse, 40 Foley Square, New York, NY.
```

SO ORDERED.

Dated:   October 27, 2020
           New York, New York

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE