UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOEL ROSQUETTE,<br><br>Defendant. | 18 Cr. 225 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to restrictions on access to the Courthouse and limitations on Courthouse operations due to the ongoing COVID-19 Pandemic, the sentencing in this matter is hereby ADJOURNED to **April 6, 2021, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Defendant's sentencing submission shall be due to the Court on **March 23, 2021**; and the Government's sentencing submission shall be due on **March 30, 2021**.

SO ORDERED.

Dated:  December 22, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge