# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 15, 2021

*VIA ECF*
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Joel Rosquette,* 18 CR 225 (KPF)

Dear Judge Failla:

I write, with the government's consent, to request that Mr. Rosquette's sentencing proceed via videoconferencing. Mr. Rosquette is detained at the M.D.C. When inmates are brought to court for in-person proceedings, the B.O.P. requires them to be quarantined in an isolation unit for between 14 and 18 days upon their return to the facility. Mr. Rosquette's waive his right to proceed in-person so as to avoid the burden of the quarantine. I understand that the earliest the Court can hold a remote proceeding is on August 24 or 26, 2021. Mr. Rosquette and the government have no objection to proceeding on either of those days.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   AUSA Adam Hobson (via ECF)

Application GRANTED.  Mr. Rosquette's sentencing is ADJOURNED to **August 24, 2021, at 9:00 a.m.,** with a backup time of 11:00 a.m.  The sentencing will proceed by video conference. Access instructions will be provided in advance of the hearing.

SO ORDERED.

Dated:   June 15, 2021
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE